# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of August, two thousand and sixteen.

Before:      Ralph K. Winter
                   *Circuit Judge.*

_____

Marco Trujillo,

       Plaintiff - Appellant,

v.

The City of New York, New York City Police Department,

       Defendants - Appellees.

_____

**ORDER**

Docket No. 16-1345

Appellant filed a motion asking the Court to remove the appeal from the Expedited Appeals Calendar and extend the time to submit Appellant's brief until November 17, 2016.

IT IS HEREBY ORDERED that the motion is GRANTED. The appeal is dismissed effective November 17, 2016, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

